634

Raymond H. Blackwood, appellant, v. Frederick H. Froemke, appellee. Gen. No. 37,589.

Opinion filed March 29, 1935.
Frederick A. Brown, for appellant; G. Gale Roberson, of counsel. Ernest C. Reniff, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Aetna Acceptance Company, plaintiff in error, v. George M. Rozcznialski, defendant in error. Gen. No. 37,641.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
William S. Kleinman, for plaintiff in error. K. B. Czarnecki, for defendant in error.
Mr. Justice Scanlan delivered the opinion of the court.

Rudolph E. Karow, appellant, v. Paul Ellguth et al., appellees. Gen. No. 37,741.

Opinion filed March 29, 1935.
Elmer W. Arch, for appellant. A. J. Calcagno and Van Alen Pfister, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Isaak Karish, appellee, v. James Kernes, appellant. Gen. No. 37,800.

Opinion filed March 29, 1935.
Klenha & Greenfield, for appellant; William E. Anderle, of counsel. Abrams, Sherman & Lewis, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

John P. Folsom, appellee, v. Linda B. Titus Knox and Sidney B. Knox, appellants. Gen. No. 37,810.

Opinion filed March 29, 1935.
Walter C. Wellman, for appellants. Geo. B. Holmes and Walter R. Titzel, Jr., for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Clarise E. Pryde, appellee, v. The Equitable Life Assurance Society of the United States, appellant. Gen. No. 36,892.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham and Miles G. Seeley, of counsel. David K. Tone and Morse Ives, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

Teresa M. Gottschalk, plaintiff in error, v. Fred Becklenberg and Maria Becklenberg, defendants in error. Gen. No. 37,411.

Opinion filed March 29, 1935.
Hubert E. Page, Raymond M. Smith and R. H. Wehmhoff, for plaintiff in error; Hubert E. Page and R. H. Wehmhoff, of counsel. Shulman, Shulman & Abrams, for defendants in error; Meyer Abrams, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.

Edward H. Morris, receiver for the Binga State Bank, appellant, v. Adelbert H. Roberts, Sr., appellee. Gen. No. 37,547.

Opinion filed March 29, 1935.
James B. Cashin, for appellant; Thomas P. Harris, of counsel. Albert B. George, for appellee; Sidney A. Jones, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.

Enterprise Transfer Company, appellant, v. Anna Trentadue Favia, appellee. Gen. No. 37,595.